EDWARD K. REAM, Appellant and Respondent, *v.* ROBERT
C. REAM et al., Individually and as Trustees, et al.,
Respondents, and BETHEL V. REAM, Respondent and
Appellant, Impleaded with Another.

Argued November 27, 1939; decided December 28, 1939.

*Carl Sherman* and *Edward G. Griffin* for plaintiff, appellant and respondent.

*Harold Rosenblum* and *Milton Rosenblum* for Bethel V. Ream, defendant, respondent and appellant.

*Clarence Blair Mitchell* and *H. Henry Ramm* for Robert C. Ream et al., individually and as trustees, respondents.

*Mark W. Norman* for Louis M. Ream et al., respondents.

*Mark W. Norman* and *Hugart F. Norman* for Carolyn T. Ream et al., infant defendants, respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: RIPPEY, J. Taking no part: O'BRIEN, J.